# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | VERONICA M THOMPSON |
| **Case Number:** | 13-00115-LT13    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, JULY 02, 2013 02:00 PM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | SHAWNA DAHL |
| **Reporter / ECR:** | COLLETTA BROOKS |

### Matter:

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND MOTION TO DISMISS CASE FILED BY TRUSTEE

### Appearances:

JENNY JUDITH HA, ATTORNEY FOR THOMAS H. BILLINGSLEA, JR., CHAPTER 13 TRUSTEE
ANIKA RENAUD-KIM, ATTORNEY FOR VERONICA M THOMPSON

### Disposition:

Continued to 7/30/13 at 2:00 p.m.  Debtor to file declaration regarding feasibility.

Debtor to be current by 7/5/13 or case may be subject to dismissal.

Fees approved subject to funds on hand.